LELIA BURDICK v. D. LAWRENCE BURDICK.

January 13, 1986.

Petition for certification denied.

ARTHUR TILLMAN v. JOHN J. RAFFERTY.

January 13, 1986.

Petition for certification denied.

KENT L. ALDERSHOF v. ELIZABETH A. ALDERSHOF.

January 13, 1986.

Petition for certification denied.

KENNETH NOVAK v. IDOLO AMODIO, T/A QUINN'S TAVERN.

January 13, 1986.

Petition for certification denied.